OHIO STATE BAR ASSOCIATION *v.* OROSZ.

[Cite as Ohio State Bar Assn. *v.* Orosz (1983), 5 Ohio St. 3d 204.]

(D.D. No. 83-13—Decided June 22, 1983.)

---

[1] DR 1-102, provides:

"(A)  A lawyer shall not:

"* * *

"(3)  Engage in illegal conduct involving moral turpitude.

"(4)  Engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.

"* * *

"(6)  Engage in any other conduct that adversely reflects on his fitness to practice law."

*Mr. Albert L. Bell, Mr. Albert F. Schwartz* and *Mr. John R. Welch,* for relator.

*Per Curiam.* This court has examined the record developed before the board and concurs in the board's finding that respondent was heavily involved in illegal drug activity and violated DR 1-102(A)(3), (4), and (6). Moreover, respondent failed to obtain counsel to make an appearance in this proceeding and present any evidence whatsoever in mitigation of the charges brought by relator. Accordingly, we adopt the recommendation of the board and order that respondent be permanently disbarred from the practice of law.

*Judgment accordingly.*

Celebrezze, C.J., W. Brown, Sweeney, Locher, Holmes, C. Brown and J. P. Celebrezze, JJ., concur.

---

[2] See Gov. R. V(8) which provides for an automatic indefinite suspension in such cases.